IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                                          CR. NO. 2:02CR20068-001

VIENGXAY SOUVANDY,
    Defendant.

and

NESTLE INFANT NUTRITION,
    Garnishee.

## ORDER OF GARNISHMENT

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ the garnishee had in the garnishee's possession, custody or under the garnishee's control, personal property belonging to and due defendant and that garnishee was indebted to defendant.

On June 3, 2011, the defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS THEREFORE ORDERED that garnishee pay to the plaintiff the sum of $100.00 per month of the funds currently in its possession belonging to the defendant, pursuant to 15 U.S.C. § 1673. Payments should be made payable to the United States District Court Clerk and mailed to Judge Isaac C. Parker Federal Building, 30 South 6th Street, Room 1038, Fort Smith, AR 72901, and should include the defendant's name and court number as reference.

IT IS FURTHER ORDERED that the garnishment of earnings due from garnishee to defendant shall be continuing in nature, and garnishee is directed to continue paying to plaintiff $100.00 per month of the earnings of defendant, as such earnings become due, until garnishee has paid over to the plaintiff the sum of $35,941.14 to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

IT IS SO ORDERED.

9-20-11
Date

HONORABLE ROBERT T. DAWSON
U. S. DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 2 0 2011

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk